UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN, FLINT DIVISION

In re:

Lawrence Washington, Sr.

Case No. 11-35533-DOF

Chapter 13

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to LVNV Funding, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216, the sum of **FIVE HUNDRED TWENTY-TWO AND 53/100 ($522.53)**, of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge
Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____

Deputy Clerk