UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Lawrence Washington, Sr          Case No.    11-35533-DOF
                                                    Chapter     13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Five Hundred Twenty-two and 53/100</u> dollars ($522.53) of unclaimed funds held in the U.S. Treasury to:

                             LVNV Funding, LLC
                             c/o Dilks & Knopik, LLC
                             35308 SE Center Street
                             Snoqualmie, WA 98065-9216

**Signed on October 09, 2018**

/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**